NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR GLOVER, REV.,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DR. GRADY, MEDICAL DIRECTOR, SHERIFF JOEL TRELLA, WARDEN JOHN DUFFY, COUNTY EXECUTIVE WILLIAM SHUBER, BERGEN COUNTY BOARD OF FREEHOLDERS, UNKNOWN NAMED BERGEN COUNTY JAIL GUARDS, ET AL.,<br><br>　　　　　　Defendants. | **ORDER**<br><br>Civ. No. 03-0064 (WHW) |

**Walls, Senior District Judge**

It is on this 10th day of April, 2007,

ORDERED that Defendant's motion to dismiss Plaintiff's Complaint for failure to comply with discovery obligations is DENIED, with leave to renew if appropriate.

　　　　　　　　　　　　　　　　　　　　　s/ William H. Walls
　　　　　　　　　　　　　　　　　　　　**William H. Walls, U.S.D.J.**